**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEVIN MCCRIMMON,** | : | |
|     Petitioner | : | No. 1:15-cv-702 |
| | : | |
|     v. | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| **C. MAIORANA,** | : | |
|     Respondent | : | |

## ORDER

Before the Court in the above-captioned case is the September 21, 2016 Report and Recommendation of Magistrate Judge Carlson.  (Doc. No. 10.)  No timely objections have been filed.  **ACCORDINGLY**, on this 20th day of December 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 10), of Magistrate Judge Carlson;

2. Petitioner Kevin McCrimmon's petition for writ of habeas corpus relief pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DENIED**;

3. The Court declines to issue a certificate of appealability.  See Burkey v. Marberry, 556 F.3d 142, 146 (3d Cir. 2009); and

4. The Clerk of Court is directed to close the above-captioned case.

                                                                     s/ Yvette Kane
                                                                     Yvette Kane, District Judge
                                                                     United States District Court
                                                                     Middle District of Pennsylvania